IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Matthews, Joyce R

Printed: 01/13/09

Case Number: 07 B 16567
Judge: Hollis, Pamela S
Filed: 9/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 1, 2008
Confirmed: November 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,600.00 |  |
| Secured: |  | 750.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,648.99 |
| Trustee Fee: |  | 201.01 |
| Other Funds: |  | 0.00 |
| Totals: | 3,600.00 | 3,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,831.50 | 2,648.99 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Chrysler Financial Services Americas LLC | Secured | 10,731.31 | 750.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 23.81 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 1,621.63 | 0.00 |
| 7. | Chrysler Financial Services Americas LLC | Unsecured | 1,324.17 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 87.53 | 0.00 |
| 9. | Figi's Inc. | Unsecured | 6.29 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 138.37 | 0.00 |
| 11. | Seventh Avenue | Unsecured | 64.54 | 0.00 |
| 12. | Midnight Velvet | Unsecured | 14.03 | 0.00 |
| 13. | MVB Mortgage | Secured |  | No Claim Filed |
| 14. | Chicago Patrolmen's Fed Credit Union | Unsecured |  | No Claim Filed |
| 15. | Sallie Mae | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,843.18 | $ 3,398.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 162.01 |
| 6.5% | 39.00 |
|  | $ 201.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Matthews, Joyce R

Printed: 01/13/09

Case Number:  07 B 16567
Judge:  Hollis, Pamela S
Filed:  9/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

